UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


3:19mj84(RMS)
N-18-3

IN RE: GRAND JURY

JOHN DOE                                             :   FILED UNDER SEAL

| | |
|---|---|
| Contents: | Application and Order |
| Judicial Officer: | Honorable Robert M. Spector<br>United States Magistrate Judge |
| Attorney: | John H. Durham<br>United States Attorney |
| Date Sealed: | January 11, 2019 |
| Date Unsealed: | |

The Clerk of the Court is directed to seal the contents of this envelope until further order of the Court.

SO ORDERED this 11th day of January, 2019 at New Haven, Connecticut.

/s/
HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE